# Exhibit A

| | | |
|---|---|---|
| **AOC-S-105   Sum Code: CI**<br>**Rev. 7-99**<br><br>**Commonwealth of Kentucky**<br>**Court of Justice**<br>**CR 4.02; Cr Official Form 1** | <br>**Civil Summons** | Case Number **20-CI-00077**<br>Court  CI<br>County  ADAIR |

*Plaintiff,* ESTATE OF WINFRED COWAN, BY & THROUGH ITS , ET AL VS. LP CO, *Defendant*

LP COLUMBIA KY, LLC - D/B/A, SIGNATURE HE
AT SUMMIT MANOR REHAB & WELLNESS CTR
421 WEST MAIN STREET
FRANKFORT                    KY      40601

# ORIGINAL

**The Commonwealth of Kentucky to the above-named Defendant(s):**

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons.  Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, DENNIS LOY

By _____ , DC

Date: 06/19/2020

| **Proof of Service** |
|---|
| [  ] This Summons was served by delivering a true copy and the Complaint (or other initiating document) |
|      To: _____ |
| [  ] Not Served because: _____ |
| Date: _____, 2____ |
|                                                                Served by _____ |

CI     20-CI-00077

ESTATE OF WINFRED COWAN, BY & THROUGH ITS , ET AL VS. LP CO



| AOC-S-105   Sum Code: CI Rev. 7-99 | | Case Number **20-CI-00077** |
| --- | --- | --- |
| **Commonwealth of Kentucky** **Court of Justice** CR 4.02; Cr Official Form 1 |  **Civil Summons** | Court  CI |
| | | County  ADAIR |

*Plaintiff,* ESTATE OF WINFRED COWAN, BY & THROUGH ITS  , ET AL VS. LP CO, *Defendant*

SIGNATURE HEALTHCARE, LLC,
SERVE: CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT           KY     40601



**The Commonwealth of Kentucky to the above-named Defendant(s):**

**You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons.  Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.**

**The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.**

Circuit/District Clerk, DENNIS LOY

By _____, DC

Date: 06/19/2020

| **Proof of Service** | | |
| --- | --- | --- |
| [  ]  This Summons was served by delivering a true copy and the Complaint (or other initiating document) To: _____ | | |
| [  ]  Not Served because: _____ | | |
| Date: _____, 2____ | | Served by _____ |

CI     20-CI-00077
ESTATE OF WINFRED COWAN, BY & THROUGH ITS  , ET AL VS. LP CO



COMMONWEALTH OF KENTUCKY
29TH JUDICIAL CIRCUIT
ADAIR CIRCUIT COURT
CASE NO: 20-CI-_00077_

ESTATE OF WINFRED COWAN, by and through its
Administratrix, DENESA McCANN

and

ESTATE OF VIRGINIA LEE ROWE, by and through its
Administratrix, LISA WALKUP

and

BILLIE B. CROSBY, By and Through His Attorney-in-Fact,
DEBRA HARRELSON

and

EDNA MELSON , By and Through Her Attorney-In-Fact,
DONNIE MELSON                                                      **PLAINTIFFS**


vs...**COMPLAINT**


LP COLUMBIA KY, LLC
d/b/a SIGNATURE HEALTHCARE AT SUMMIT
MANOR REHAB & WELLNESS CENTER

        SERVE:     Corporation Service Company
                   421 West Main Street
                   Frankfort, KY  40601

SIGNATURE HEALTHCARE, LLC.

        SERVE:     Corporation Service Company
                   421 West Main Street
                   Frankfort, KY 40601                            **DEFENDANTS**

FILED
DENNIS LOY, CLERK
JUN 1 9 2020
ADAIR CIRCUIT/DISTRICT COURTS
BY:_____ D.C.

***** ***** ***** *****

Comes now the Plaintiffs, Billie B. Crosby ("Mr. Crosby), Edna Melson ("Ms. Melson"),

Estate of Winfred Cowan, by and through its Administratrix, Denesa McCann ("Estate of

1

Winfred Cowan") and Estate of Virginia Lee Rowe, by and through its Administratrix, Lisa Walkup ("Estate of Virginia Lee Rowe") by counsel, and for their respective Complaints filed herein, state as follows:

## PARTIES, JURISDICTION AND VENUE

1.    Plaintiffs Billie B. Crosby is and was at all other times and dates material hereto a resident of Adair County, Kentucky.

2.    Plaintiffs, Edna Melson is and was at all times and dates material hereto a resident of Adair County, Kentucky.

3.    Plaintiffs, Estate of Winfred Cowan is all relevant times herein an estate established by the Adair County District Court on June 17, 2020.   Denesa McCann was appointed Administratrix of said estate by Order on that date.

4.    Plaintiffs, Estate of Edna Melson is at all relevant times herein an estate established by the Adair County District Court on June 17, 2020. Lisa Walkup was appointed the administratrix of said estate by Order on that date.

5.    Upon reasonable information and belief, DEFENDANT, LP COLUMBIA KY, LLC d/b/a SIGNATURE HEALTHCARE AT SUMMIT MANOR REHAB & WELLNESS CENTER ("SUMMIT MANOR"), is and was at all relevant times herein a Delaware corporation that operates a long term care facility, as defined in KRS 216.510 *et seq.*, in Adair County, Kentucky. Upon reasonable information and belief, Signature Healthcare, LLC. is the parent company and sole owner of LP Columbia, KY, LLC. and has sole control and dominion over LP Columbia, KY LLC and is headquartered at 12201 Bluegrass Parkway, Louisville, KY.

6.    This Court has jurisdiction over this matter pursuant to KRS § 23A.010.

7.    Venue is proper in this Court as the alleged negligence, injuries and deaths occurred in Adair County, Kentucky.

2

## FACTS

8.    On or about March 2, 2020 Mr. Crosby was admitted to the long term care facility owned and/or operated by DEFENDANTS.

9.    Mr. Crosby was a resident and under the care of DEFENDANTS from the above-referenced date until March 30, 2020 when he was sent to T.J. Healthcare in Columbia, Kentucky for kidney failure and blood clots he sustained while in the care of DEFENDANTS.

10.    During his stay at the facility owned and/or operated by DEFENDANTS, and because of the injuries referenced above Mr. Crosby endured medical costs, excruciating mental and physical pain and suffering and humiliation.

11.    Ms. Melson was a resident at the facility operated by DEFENDANTS when she was diagnosed with Covid-19 on April 23, 2020

12.    Ms. Melson was sent to T.J. Healthcare in Columbia, Kentucky where she as admitted; it took weeks in order for her to recover from Covid 19. Ms. Melson was also diagnosed as being dehydrated and malnourished.

13.    During her stay at the facility owned and/or operated by DEFENDANTS, and because of the injuries referenced above Ms. Melson endured medical costs, excruciating mental and physical pain and suffering and humiliation.

14.    On or about April 6, 2020 Mr. Cowan was a resident and under the care of DEFENDANT when he was diagnosed with a high fever and was transferred to T.J. Healthcare in Columbia, Kentucky,

15.    Mr. Cowan was subsequently transferred to T.J. Healthcare in Glasgow, Kentucky.

16.    Mr. Cowan was diagnosed with Covid-19 and passed away on April 27, 2020.

3

17.   During his stay at the facility owned and/or operated by DEFENDANTS, and because of the injuries referenced above Mr. Cowan endured medical costs, excruciating mental and physical pain and suffering and humiliation and ultimately death.

18.   On or about March 9, 2020 Ms. Rowe was admitted as a resident and under the care of DEFENDANTS.

19.   Ms. Rowe was a resident and under the DEFENDANTS' care when she was diagnosed with Covid-19 on April 23, 2020.

20.   Ms. Rowe died as a result of complications from Covid-19 on May 2, 2020.

21.   During her stay at the facility owned and/or operated by DEFENDANTS, and because of the injuries referenced above Ms. Rowe endured medical costs, excruciating mental and physical pain and suffering and humiliation and ultimately death.

## COUNT I
## NEGLIGENCE AND/OR RECKLESS CONDUCT

22.   PLAINTIFFS realleges and reaffirms each and every averment contained in numerical paragraphs 1 to 21 of the Complaint filed herein as if fully written out herein.

23.   DEFENDANTS had a duty to provide reasonable and ordinary care and to exercise the degree and skill required of healthcare facilities in the Commonwealth of Kentucky and care that was consistent with the expertise that DEFENDANTS presented to the community at large.

24.   DEFENDANTS provided and/or failed to provide medical and/or nursing services to Plaintiffs in such a negligent, grossly negligent and with reckless disregard to the well-being of Plaintiffs so as to deviate from the acceptable standards of care of a reasonable and prudent nursing home or a long term healthcare facility.

4

25.    As a direct and proximate result of the above negligence, carelessness and/or recklessness, Plaintiffs incurred medical expenses, suffered physical and mental pain, mental anguish, humiliation, loss of the enjoyment of life, and in some cases, death.

26.    DEFENDANTS' actions and/or inaction were sufficiently egregious to entitle Plaintiffs to punitive damages under Kentucky common law and/or KRS § 411.184.

27.    Plaintiff's damages exceed the minimum jurisdictional amount for this Court.

## COUNT II
## VIOLATION OF KRS 216.515

28.    Plaintiffs reallege and reaffirm each and every averment contained in numerical paragraphs 1 to 27 of the Complaint filed herein as if fully written out herein.

29.    DEFENDANTS violated several of Plaintiffs' statutory rights pursuant to KRS 216.515 as a patient at the facility owned and/or operated by DEFENDANTS.

30.    As a direct and proximate result of the above violations Plaintiffs incurred medical expenses, suffered physical and mental pain, mental anguish, humiliation and sustained loss of the enjoyment of life, and in some cases, death.

31.    Pursuant to KRS 216.515(26), Plaintiffs are entitled to recover actual and punitive damages for said deprivations or infringements of his statutory rights.

32.    Pursuant to KRS 216.515(26), Plaintiffs are entitled to recover reasonable attorney's fees, costs and damages for said deprivations or infringements of his statutory rights.

33.    PLAINTIFFS' damages exceed the minimum jurisdictional amount for this Court.

## COUNT III
## NEGLIGENCE PER SE

34.    Plaintiff realleges and reaffirms each and every averment contained in numerical paragraphs 1 to 33 of the Complaint filed herein as if fully written out herein.

5

35.    DEFENDANTS had a duty to comply with all the above cited statutes.

36.    Plaintiffs were members of the class of persons that the above statutes were enacted to protect, thereby allowing Plaintiffs to adopt said statutes and any regulations promulgated under said statutes as the standard of care for measuring DEFENDANTS' conduct.

37.    DEFENDANTS failed to comply with the above cited statutory duty of care, and as a direct and proximate result of the above failures, Plaintiffs incurred medical expenses, suffered physical and mental pain, mental anguish, humiliation and sustained loss of the enjoyment of his life, and in some cases death.

38.    DEFENDANTS' actions and/or inaction were sufficiently egregious to entitle Plaintiffs to punitive damages under Kentucky common law and/or KRS § 411.184.

39.    Plaintiffs damages exceed the minimum jurisdictional amount for this Court.

## COUNT IV
## WRONGFUL DEATH

40.    Plaintiffs, Estate of Winfred Cowan and Estate of Virginia Lee Rowe realleges and reaffirms each and every averment contained in numerical paragraphs 1 to 39 of the Complaint filed herein as if fully written out herein.

41.    Mr. Cowan and Ms. Rowe's deaths were caused by the negligent, grossly negligent, the reckless disregard for his safety and/or the wrongful acts of DEFENDANT and is actionable pursuant to KRS 411.130.

42.    These Plaintiffs are entitled to recover compensatory damages, punitive damages, including but not limited to the funeral expenses, expenses for administration of the estate and medical expenses.

43.    DEFENDANTS actions and/or inaction were sufficiently egregious to entitle PLAINTIFFS to punitive damages under Kentucky common law and/or KRS § 411.184.

44. These Plaintiffs damages exceed the minimum jurisdictional amount for this Court.

## COUNT V
## BREACH OF CONTRACT

45. All Plaintiffs reallege and reaffirm each and every averment contained in numerical paragraphs 1 to 44 of the Complaint filed herein as if fully written out herein.

46. DEFENDANTS and Plaintiffs entered into a fully binding and enforceable contract whereby DEFENDANTS was obliged to provide adequate care to Plaintiffs consistent with the above state regulations and the acceptable standards of care of a reasonable and prudent nursing home or a long term healthcare facility.

47. DEFENDANTS breached said contract by failing to provide such care to Plaintiffs

48. Accordingly, Plaintiffs seeks to recover all amounts paid to DEFENDANTS for their care.

49. Plaintiffs damages exceed the minimum jurisdictional amount for this Court.

**WHEREFORE**, Plaintiffs demand as follows:

1. Judgment against DEFENDANTS, in such an amount that will fairly compensate Plaintiffs for the above injuries and damages as set forth in this Complaint, with interest thereon at the highest legal rate for the maximum duration allowed by law;

2. For all interest as allowed by law;

3. Judgment against DEFENDANTS for punitive damages;

4. Trial by jury;

7

5. For the right to amend this Complaint to add other claims and parties as the proof allows;

6. For costs expended herein including attorney's fees; and

7. For any and all other relief to which Plaintiffs may be entitled, including the right to amend this Complaint if such should become necessary.

Respectfully submitted,

Derrick G. Helm
HELM SHEARER WILSON
300 Monument Square
P.O. Box 25
Jamestown, KY 42629
Tel. (270) 343-3100
Fax (270)343-2355
dgh@russellcountylaw.com
*Counsel for Plaintiffs*


/John A. Bahe/
John A. Bahe
BAHE COOK CANTLEY & NEFZGER PLC
1041 Goss Avenue
Louisville, Kentucky 40217
Tel. (502) 587-2002
Fax (502) 587-2006
john@bccnlaw.com
*Counsel for PlaintiffS*

8